IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No.: 7:19-CV-8-D

| | |
|---|---|
| CALVIN TYRONE NORTON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COLUMBUS COUNTY BOARD OF )<br>ELECTIONS; HAROLD FIPPS; BONITA )<br>BLAKNEY; JOANN GARRELL; TUCKER )<br>WARD; CARLA STRICKLAN; )<br>COLUMBUS COUNTY BOARD OF )<br>COMMISSIONERS; TRENT )<br>BURROUGHS; JEROME MCMILLIAN; )<br>JAMES E. PREYATTE; GILES S. BYRD; )<br>EDWIN P. RUSS; RICKY BULLARD; )<br>CHARLES MCDOWELL; LEWIS L. )<br>HATCHER; JODY STEADMAN GREENE; )<br>WESTERN SURETY CO; JESS HILL; )<br>BRENDEN JONES; RED DONE GROUP, )<br>INC.; SCOTT ANDREW YATES; LESLIE )<br>MACRAE DOWLESS, JR.; and AMANDA )<br>PRINCE )<br>Defendants. ) | **ORDER ALLOWING MOTION<br>TO FILE MANUALLY** |

Upon motion of the defendant, Brenden Jones by and through his counsel Danny Earl Britt, Jr., and for good cause shown it is ORDERED that defense counsel, Danny Earl Britt, Jr. is allowed to file manually.

This submitted the 29 day of February, 2019

_____
JAMES C. DEVER III
United States District Judge