UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CALVIN TYRONE NORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 7:19-cv-8-D** |
| ) | |
| COLUMBUS COUNTY BOARD OF ) | |
| ELECTIONS, HAROLD FIPPS, BONITA ) | |
| BLAKNEY, JOANN GARRELL, TUCKER ) | |
| WARD, CARLA STRICKLAND, COLUMBUS ) | |
| COUNTY BOARD OF COMMISSIONERS, ) | |
| TRENT BURROUGHS, JEROME MCMILLIAN, ) | |
| JAMES E. PREVATTE, GILES E. BYRD, ) | |
| EDWIN P. RUSS, RICKY BULLARD, CHARLES ) | |
| MCDOWELL, LEWIS L. HATCHER, JODY ) | |
| STEADMAN GREENE, WESTERN SURETY ) | |
| CO., JESS HILL, BRENDEN JONES, RED ) | |
| DOME GROUP, INC. SCOTT ANDREW ) | |
| YATES, LESLIE MACRAE DOWLESS JR., ) | |
| AMANDA PRINCE, and JAMES ATLAS ) | |
| MCVICKER, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS Norton's motion for a voluntary dismissal [D.E. 121] and DENIES as moot all remaining motions [D.E. 4, 37, S2, S3, S4, SS, S6, 70, 84, 8S, 89, 90, 91, 92, 101, 106, 112, 116, 12S].

**This Judgment Filed and Entered on August 27, 2019, and Copies To:**

| | |
|---|---|
| Calvin Tyrone Norton | (Sent to PO Box 1145 Whiteville, NC 28472 via US Mail) |
| Danny Earl Britt, Jr. | (Sent to 107 North Court Square, Suite 22, Lumberton, NC 28360 via US Mail) |
| Norwood P. Blanchard, III | (via CM/ECF electronic notification) |
| Oscar M. Blanks, III | (via CM/ECF electronic notification) |
| Dan McCord Hartzog, Jr. | (via CM/ECF electronic notification) |
| Jonathan Whitfield Gibson | (via CM/ECF electronic notification) |

| | |
|---|---|
| Kathryn H. Shields | (via CM/ECF electronic notification) |
| Kevin G. Williams | (via CM/ECF electronic notification) |
| Mark Andrew Jones | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

August 27, 2019  (By) /s/ Nicole Sellers

Deputy Clerk